| | |
|---|---|
| SAWYER & LABAR LLP<br>ADRIAN SAWYER, State Bar No. 203712<br>　sawyer@sawyerlabar.com<br>1700 Montgomery Street, Suite 108<br>San Francisco, California 94111<br>Telephone: 415.262.3820<br><br>CAHILL GORDON & REINDEL LLP<br>JOEL KURTZBERG (admitted *pro hac vice*)<br>　jkurtzberg@cahill.com<br>JOHN MACGREGOR, State Bar No. 304330<br>　jmacgregor@cahill.com<br>32 Old Slip<br>New York, NY 10005<br>Telephone: 212.701.3445<br><br>*Counsel for Defendant*<br>*X Corporation, (fka Twitter).* | HANSON BRIDGETT LLP<br>MATTHEW F. MILLER, SBN 172661<br>mmiller@hansonbridgett.com<br>BATYA F. FORSYTH, SBN 192346<br>bforsyth@hansonbridgett.com<br>SUSANNA L. CHENETTE SBN 257914<br>schenette@hansonbridgett.com<br>425 Market Street, 26th Floor<br>San Francisco, California 94105<br>Telephone: (415) 777-3200<br>Facsimile: (415) 541-9366<br><br>*Attorneys for Plaintiffs*<br>ELIZA LABS, INC. and<br>SHAW WALTERS |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZA LABS, INC., a corporation, and SHAW WALTERS, an individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>X CORPORATION, (fka Twitter), a corporation<br><br>　　　　Defendant. | Case No. 3:25-cv-07243-AMO<br><br>**STIPULATION REGARDING PRELIMINARY SCHEDULING MATTERS**<br><br>**Judge:** Hon. Araceli Martínez-Olguín |

Case No. 3:25-cv-07243

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PRELIMINARY SCHEDULING MATTERS

Pursuant to Local Rule 6-1, the parties stipulate as follows:

**WHEREAS**, on August 27, 2025, Plaintiffs filed this action [Dkt. No. 1];

**WHEREAS**, on September 2, 2025, Plaintiffs filed a Proof of Service indicating that Defendant was served on August 29, 2025 [Dkt. No. 9];

**WHEREAS**, the current deadline for Defendant to file its Answer to Plaintiff's Complaint, or to otherwise file a responsive motion, is September 19, 2025 [Dkt. No. 9];

**WHEREAS**, on September 9, 2025, Defendant's counsel contacted Plaintiffs' counsel to propose a coordinated schedule for Defendant's response to Plaintiff's Complaint;

**WHEREAS**, on September 12, 2025, Plaintiffs' counsel advised Defendant's Counsel that Plaintiffs intend to file an amended complaint by no later than September 23, 2025, and

**WHEREAS**, the parties agree that it would be a waste of party and judicial resources for Defendant to file a response to the current Complaint given the anticipated amendment,

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and Defendant, through their undersigned counsel, as follows:

1. Plaintiffs shall file any amended complaint in this action by September 23, 2025; and
2. Defendant's time to respond to the original Complaint, in the event Plaintiffs do not amend on or before September 23, 2025, will be extended to September 29, 2025.

Dated:  September 12, 2025

/s/ Joel Kurtzberg
Joel Kurtzberg (admitted *pro hac vice*)
John MacGregor, State Bar No. 304330
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Telephone: 212.701.3120
jkurtzberg@cahill.com
jmacgregor@cahill.com

Adrian Sawyer, State Bar No. 203712
SAWYER & LABAR LLP
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: 415.262.3820
sawyer@sawyerlabar.com

***Attorneys for Defendant***
*X Corporation (fka Twitter)*

Dated: September 12, 2025

*/s/* Matthew F. Miller
HANSON BRIDGETT LLP
MATTHEW F. MILLER, SBN 172661
mmiller@hansonbridgett.com
BATYA F. FORSYTH, SBN 192346
bforsyth@hansonbridgett.com
SUSANNA L. CHENETTE SBN 257914
schenette@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

***Attorneys for Plaintiffs***
ELIZA LABS, INC. and
SHAW WALTERS

Case No. 3:25-cv-07243
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PRELIMINARY SCHEDULING MATTERS

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the e-filing attorney hereby attests that concurrence in the content of the foregoing document and authorization to file the foregoing document has been obtained from the other signatories, as indicated by a conformed signature (/s/) within the foregoing e-filed document.

DATED:  September 12, 2025        Respectfully submitted,

CAHILL GORDON & REINDEL LLP

By  /s/ Joel Kurtzberg
    Joel Kurtzberg (admitted *pro hac vice*)

*Attorneys for Defendant*
*X Corporation (fka Twitter)*

Case No. 3:25-cv-07243
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PRELIMINARY SCHEDULING MATTERS