UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZA LABS, INC., et al.,<br><br>              Plaintiffs,<br><br>     v.<br><br>X CORPORATION, et al.,<br><br>              Defendants. | Case No.  25-cv-07243-AMO<br><br>**ORDER RE MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 26 |

Before the Court is a motion for temporary restraining order ("TRO") filed by Plaintiffs Eliza Labs, Inc., and Shaw Walters.  Defendants SHALL FILE any opposition to Plaintiffs' TRO motion no later than 5:00 p.m. on Wednesday, October 1, 2025.  The Court CONTINUES the hearing on the TRO motion from Tuesday, September 30, 2025, to **Friday, October 3, 2025, at 11:30 a.m. via Zoom**.

**IT IS SO ORDERED.**

Dated: September 29, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**