SAWYER & LABAR LLP
ADRIAN SAWYER, State Bar No. 203712
*sawyer@sawyerlabar.com*
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: 415.262.3820

CAHILL GORDON & REINDEL LLP
JOEL KURTZBERG (admitted *pro hac vice*)
*jkurtzberg@cahill.com*
JOHN MACGREGOR, State Bar No. 304330
*jmacgregor@cahill.com*
IVAN TORRES (admitted *pro hac vice*)
*itorres@cahill.com*
32 Old Slip
New York, NY 10005
Telephone: 212.701.3120

***Counsel for Defendant X Corp., X.AI Corp., and X.AI LLC***

SAWYER & LABAR LLP
1700 MONTGOMERY ST, STE 108
SAN FRANCISCO, CA 94111
TELEPHONE: 415.262.3820
www.sawyerlabar.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELIZA LABS, INC., a corporation, and SHAW WALTERS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>X CORPORATION (fka TWITTER), a corporation,<br><br>Defendant. | Case No. 3:25-cv-07243-AMO<br><br>**DECLARATION OF MEGAN SCOLARI IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER THIS ACTION TO THE NORTHERN DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1404(a) AND IN OPPOSITION TO PLAINTIFFS' TRO MOTION**<br><br>Date: November 5, 2025<br>Time: 2:00 p.m.<br><br>**Judge:** Hon. Araceli Martínez-Olguín |

SAWYER & LABAR LLP
1700 MONTGOMERY ST, STE 108
SAN FRANCISCO, CA 94111
TELEPHONE: 415.262.3820
www.sawyerlabar.com

I, Megan Scolari, declare as follows:

1. I am a Legal Program Manager at X Corp. I have held this position since September 9, 2019. I submit this declaration in support of X Corp.'s Motion To Transfer This Action to the United States District Court for the Northern District of Texas Pursuant to 28 U.S.C. § 1404(a) and its opposition to Plaintiffs' TRO, in the case captioned *Eliza Labs, Inc. et al.* v. *X Corporation*, No. 3:25-cv-07243-AMO (N.D. Cal.) (the "Motions"). I am over twenty-one years old, of sound mind, and fully competent and authorized in all respects to execute this Declaration. I have personal knowledge of the facts set forth herein, which are true and correct.

2. My duties and responsibilities in my role as a Legal Program Manager include managing electronic information created and stored in a variety of software systems X Corp. uses in the normal course of its business. As part of my current role, I am regularly involved in assisting in the collection of evidence about aspects of services across the company's platforms and have become familiar with how the services have been delivered over time.

3. The statements in this Declaration are based on my personal knowledge, facts learned during my investigation of this matter, and the business records of X Corp. The business records were made by, or from information transmitted by, a person with knowledge of the events. Such records are kept in the ordinary course of the regularly conducted activity of X Corp., and making such records is a regular practice of those activities.

4. I received legal advice in connection with preparing this Declaration, but this Declaration is not intended to waive the attorney-client privilege or disclose any

SAWYER & LABAR LLP
1700 MONTGOMERY ST, STE 108
SAN FRANCISCO, CA 94111
TELEPHONE: 415.262.3820
www.sawyerlabar.com

attorney work product. Rather, it is intended to address purely factual matters that are relevant to the Motions.

5. I am familiar with X's Corp.'s Terms of Service ("Terms") for its social media platform X, sometimes called "Twitter," and the procedures by which users agree to the Terms, including updates to the Terms and notifications to users informing them of updates to the Terms.

6. Since Twitter was launched in 2006, X Corp. or its predecessor-in-interest, Twitter, Inc., have revised the Terms several times. The current version of the Terms (version 20) is publicly available at https://x.com/en/tos. All prior versions of the Terms (versions 1-19) are publicly available at https://x.com/en/tos/previous.

7. At all relevant times, X's operative Terms have been prominently linked via blue hyperlinks on X's home page, between the links that allow users to sign up for the X platform, and the link that allows current users to log in to their accounts, as reflected in the below screenshot:[1]

[1] This screenshot is of the web-archived version of the X log in screen as it was available on August 27, 2025—i.e., the date on which Plaintiffs filed their Complaint.




8. The current version of the Terms (version 20) provides that:

> The laws of the State of Texas, excluding its choice of law provisions, will govern these Terms and any dispute that arises between you and us, notwithstanding any other agreement between you and us to the contrary. All disputes related to these Terms or the Services, including without limitation disputes related to or arising from other users' and third parties' use of the Services and any Content made available by other users and third parties on the Services, will be brought exclusively in the U.S. District Court for the Northern District of Texas or state courts located in Tarrant County, Texas, United States, and you consent to personal jurisdiction in those forums and waive any objection as to inconvenient forum.

9. The current version of the Terms (version 20) also provides that:

> These Terms of Service ("Terms") govern your and other users' access to and use of our services, including our various websites, SMS, APIs, email notifications, applications, buttons, widgets, ads, commerce services, and our other covered services (https://help.x.com/rules-and-policies/x-services-and-corporate-affiliates) that link to these Terms (collectively, the "Services"), and any information, text, links, graphics, photos, audio, videos, or other materials or arrangements of materials uploaded, downloaded or appearing on the Services (collectively referred to as "Content"). By using the Services you agree to be bound by these Terms.

10. The current version of the Terms (version 20) further provides that "By continuing to access or use the Services after [] revisions become effective, you agree to be bound by the revised Terms."

SAWYER & LABAR LLP
1700 MONTGOMERY ST, STE 108
SAN FRANCISCO, CA 94111
TELEPHONE: 415.262.3820
www.sawyerlabar.com

SAWYER & LABAR LLP
1700 MONTGOMERY ST, STE 108
SAN FRANCISCO, CA 94111
TELEPHONE: 415.262.3820
www.sawyerlabar.com

11. A true and correct copy of the current version 20 of the Terms (effective November 15, 2024) is attached as **Exhibit 1.**

12. A true and correct copy of the web-archived version of the current Terms (effective November 15, 2024), as they were available on August 26, 2025, reflecting the status of the Terms as of August 27, 2025—i.e., the date on which Plaintiffs filed their original Complaint—is attached as **Exhibit 2.**

13. A true and correct copy of version 19 of the Terms (effective September 29, 2023, to November 14, 2024) is attached as **Exhibit 3.**

14. It is X Corp.'s longstanding business practice to give notice of each materially new version of the Terms to all X users. Specifically, it is X Corp.'s longstanding business practice that each time that X Corp. has made material revisions to the Terms, X Corp. has given notice via the platform by a notification that appears when the user logs in to their account.

15. Moreover, the current Terms provide (and at all relevant times provided) that X Corp. may change the terms and conditions, and that continued access or use of the X platform constitutes acceptance of any changes.

16. The current version of the Terms (version 20) was published on October 16, 2024, and went into effect on November 15, 2024. X began notifying users about the most recent updated Terms on October 16, 2024. In particular, X served a prompt to X users that logged in to their X accounts between October 16, 2024 and April 14, 2025. The prompt served to X account holders provided:

**Updates to our Terms of Service and Privacy Policy**

We're updating our Terms of Service and Privacy Policy. Now's a great chance to review them. If you want to learn more about these changes, head to the X Privacy Center.

SAWYER & LABAR LLP
1700 MONTGOMERY ST, STE 108
SAN FRANCISCO, CA 94111
TELEPHONE: 415.262.3820
www.sawyerlabar.com

17. The prompt also included a link to the updated Terms.

18. At the bottom of the prompt, the user was asked to click a button labeled "Got it." The prompt was served for 180 days or until the user clicked the prompt. A true and correct copy of the prompt that was served in connection with the update to version 20 of the Terms is attached as **Exhibit 4.**[2]

19. The current Terms and prior versions, including version 19, provide that X may revise the Terms and state that "[b]y continuing to access or use the Services after those revisions become effective, you agree to be bound by the revised Terms."

20. I have reviewed the Complaint (ECF 1) in this matter.

21. Based on my investigation to date and my review of the Complaint, I understand that there are two X accounts associated with Plaintiff Eliza Labs, Inc. ("Eliza Labs"): @elizaOS and @ElizaSystems. These accounts were respectively created on October 30, 2024 and January 14, 2025.

22. Setting up any account on X requires users to affirmatively agree to the Terms. Specifically, at all relevant times, the X sign up screen has stated that "[b]y signing up, you agree to the Terms of Service." The @ElizaSystems account thus expressly accepted version 20 of the Terms when the account was created.

23. The @elizaOS account also expressly accepted version 20 of the Terms. Specifically, based on my review of available data, I have confirmed that @elizaOS clicked on the above prompt (i.e., the button "Got it") relating to version 20 of the

[2] The X Privacy Center blog post summarizing the primary changes can be found here: https://privacy.x.com/en/blog/2024/updates-tos-privacy-policy.

SAWYER & LABAR LLP
1700 MONTGOMERY ST, STE 108
SAN FRANCISCO, CA 94111
TELEPHONE: 415.262.3820
www.sawyerlabar.com

Terms on October 30, 2024. As such, this user would have seen that X updated its Terms and expressly accepted those latest Terms.

24. Based on my investigation to date and my review of the Complaint, I understand that the X account @shawmakesmagic is associated with Plaintiff Shaw Walters. This account was created on September 1, 2024. Based on my review of available data, I have confirmed that @shawmakesmagic clicked on the above prompt (i.e., the button "Got it") relating to version 20 of the Terms on October 16, 2024. As such, this user would have seen that X updated its Terms and expressly accepted those latest Terms.

25. Setting up an X Developer account requires users to affirmatively agree to the X Developer Agreement, which governs a user's access to and use of licensed X Application Programming Interfaces (APIs), X content such as X end user profile information ("Licensed Material"), and related paid services, by clicking "Accept & Subscribe."

26. The following screenshot reflects the prompt that prospective users receive in connection with signing up for developer accounts:




27. A true and correct copy of the current Developer Agreement (last updated June 4, 2025) is attached as **Exhibit 5.**

28. A true and correct copy of the web-archived version of the current Developer Agreement (last updated June 4, 2025), as it was available on August 4, 2025, reflecting the status of the Developer Agreement as of August 27, 2025—i.e., the date on which Plaintiffs filed their Complaint—is attached as **Exhibit 6.**

29. Based on my investigation to date, I understand that Plaintiff Eliza Labs clicked the "You accept the Terms and Conditions" button on December 10, 2024, and Plaintiff Shaw Walters clicked on it on October 11, 2024.

30. At all relevant times, X's Developer Agreement has provided that X Corp. may change the agreement's terms and conditions, and that continued access or use of

SAWYER & LABAR LLP
1700 MONTGOMERY ST, STE 108
SAN FRANCISCO, CA 94111
TELEPHONE: 415.262.3820
www.sawyerlabar.com

the Licensed Material, including by making recurring subscription payments, constitutes acceptance of any changes.

31. Since October 11, 2024, including in the most recent version of the Developer Agreement (updated on June 5, 2025), X's Developer Agreement has provided that:

> The laws of the State of Texas, excluding its choice of law provisions, will govern this Agreement and any dispute that arises between you and X, notwithstanding any other agreement between the parties to the contrary. All disputes related to this Agreement, including any disputes, claims, or controversies arising out of or relating to this Agreement, the marketing of the Licensed Material, and/or your participation in the Licensed Material will be brought exclusively in the U.S. District Court for the Northern District of Texas or state courts located in Tarrant County, Texas, United States, and you consent to personal jurisdiction in those forums and waive any objection as to inconvenient forum.

32. Based on my investigation to date and my review of the Complaint, I understand that Plaintiff Walters created a free developer account on October 11, 2024, and later upgraded to a paid developer account for the period of January 12, 2025 through April 10, 2025. When Plaintiff Walters upgraded his developer account, the current forum selection clause and choice of law provisions were included in the Developer Agreements that Walters acknowledged during the developer sign up process.

33. A true and correct copy of the web-archived version of the previous Developer Agreement updated October 11, 2024 and effective until the most recent update (June 5, 2025) is attached as **Exhibit 7**.

34. Based on my investigation to date and my review of the Complaint, I understand that Plaintiff Eliza Labs created a free developer account on December 10, 2024, and later upgraded to a paid developer account for the period of January 12, 2025 through April 10, 2025. When Plaintiff Eliza Labs created, and subsequently

SAWYER & LABAR LLP
1700 MONTGOMERY ST, STE 108
SAN FRANCISCO, CA 94111
TELEPHONE: 415.262.3820
www.sawyerlabar.com

upgraded its developer account, the current forum election clause and choice of law provisions were included in the Developer Agreements that Eliza Labs acknowledged during the developer sign up process.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 1, 2025 in San Francisco, California.

Megan Scolari

SAWYER & LABAR LLP
1700 MONTGOMERY ST, STE 108
SAN FRANCISCO, CA 94111
TELEPHONE: 415.262.3820
www.sawyerlabar.com